### Georgia Anne MCCAULEY, Plaintiff–Appellant,

v.

**John or Jane DOE, Dispatcher/Deputy; Gary Dembo, Deputy; A.R. Caho, Sergeant; William Johnson, Sergeant; James W. Hagy, Sheriff; Frederick County Sheriff's Office, Defendants–Appellees.**

### No. 02–1931.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2003.

Decided March 10, 2003.

Georgia Anne McCauley, Appellant Pro Se. J. Marks Moore, III, Samuel Maddox Riley, West & Moore, L.L.C., Baltimore, Maryland, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Georgia Anne McCauley appeals the district court's order dismissing her civil ac-

tion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCauley v. Doe,* No. CA–02–684–L (D.Md. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*